Paul B. Gaffney
Joseph M. Terry
Zoe C. Scharff
Neelum J. Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

HALCYON ASSET MANAGEMENT, LLC,

                        Plaintiff,

                                                                         No.  07-CV-6784 (AKH)

       - against -

HALCYON VENTURES, LP,
HALCYON REAL ESTATE PARTNERS, LP
HALCYON REAL ESTATE PARTNERS MASTER FUND, LLC,

                        Defendants.
-----------------------------------------------------------------------X

**MOTION FOR CONTINUANCE
OF OCTOBER 26, 2007 COURT CONFERENCE**

      Plaintiff Halcyon Asset Management, LLC, by and through undersigned counsel, hereby requests that the Court continue the court conference that is currently scheduled for 9:30 a.m. on Friday, October 26, 2007.  Such a continuance is needed for two reasons.  First, the named Defendants, Halcyon Ventures, LP, Halcyon Real Estate Partners, LP, and Halcyon Real Estate Partners Master Fund, LLC, have not been served with the Complaint and Summons and are therefore not yet parties to this action.  Second, the Plaintiff and named Defendants are actively

engaged in discussions concerning a resolution of this action.  Plaintiff believes that a continuance will permit the parties to reach resolution without further involvement of the Court.

The Plaintiff further proposes that the parties shall advise the Court, on or before Friday, November 9, 2007, as to whether it will be necessary to reschedule the court conference.

      Respectfully submitted,

      WILLIAMS & CONNOLLY LLP
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Telephone:  (202) 434-5000
      Facsimile:  (202) 434-5029


By: /s/   Zoe C. Scharff_____
Paul B. Gaffney
Joseph M. Terry
Zoe C. Scharff (ZS 8114)
Neelum J. Wadhwani

*Attorneys for Plaintiff*

Dated:  October 18, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

HALCYON ASSET MANAGEMENT, LLC,

                Plaintiff,

                                                                                                              No.  07-CV-6784 (AKH)

     - against -

HALCYON VENTURES, LP,
HALCYON REAL ESTATE PARTNERS, LP
HALCYON REAL ESTATE PARTNERS MASTER FUND, LLC,

                Defendants.
------------------------------------------------------------------------X


### ORDER GRANTING MOTION TO CONTINUE
### OCTOBER 26, 2007 STATUS CONFERENCE

       This matter is before the Court upon the Motion of Plaintiff Halcyon Asset Management, LLC, to continue the court conference that is currently scheduled for 9:30 a.m. on Friday, October 26, 2007.

       It is hereby **ORDERED AND ADJUDGED** that the Motion be and hereby is **GRANTED**; and

       It is further **ORDERED AND ADJUDGED** that the parties shall advise the Court, on or before Friday, November 9, 2007, as to whether it will be necessary to reschedule the court conference.

       **DONE AND ORDERED** on this _____ day of _____, 2007.


                                                       _____
                                                       The Honorable Alvin K. Hellerstein
                                                     United States District Judge

Copies to:

Paul B. Gaffney, Esq.
Joseph M. Terry, Esq.
Zoe C. Scharff, Esq.
Neelum J. Wadhwani, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005

David Donahue, Esq.
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY  10017