LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JOSEPH M. TERRY
(202) 434-5320
jterry@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

October 25, 2007

**FAX**
Hon. Alvin K. Hellerstein
Room 1050
United States Courthouse
500 Pearl Street
New York, NY 10007
Tel: (212) 805-0152
Fax: (212) 805-7942

*[Handwritten note: Conf. is adjourned to November 16, 2007 at 9:30 am. 10/25/07]*

Re: **Halcyon Asset Management, LLC v. Halcyon Ventures, LP (Case No. 07-CV-6784 (AKH))**

Dear Judge Hellerstein:

Attached is a Motion for Continuance of the October 26, 2007 Court Conference scheduled in this case. The Motion was filed on October 18, 2007, however, it came to my attention today that a courtesy copy was not delivered to your Chambers. In light of that omission, and the fact that the Court Conference is scheduled for tomorrow, I am enclosing a copy by Fax. I apologize for any inconvenience this has caused.

This is the first Continuance sought in this matter and is sought for two principal reasons: first, the parties have nearly reached agreement as to a settlement, which will resolve this matter conclusively without further involvement of the Court; second, no Defendant has yet been served with the Complaint or Summons. Counsel for the named Defendants was provided with a copy of the Motion and consents to the relief sought.

Respectfully submitted,

Joseph M. Terry

WILLIAMS & CONNOLLY LLP
Hon. Alvin K. Hellerstein
October 25, 2007
Page 2


Cc (by Fax):   David Donahue
               Counsel for named Defendants

Paul B. Gaffney
Joseph M. Terry
Zoe C. Scharff
Neelum J. Wadhwani
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

HALCYON ASSET MANAGEMENT, LLC,

                Plaintiff,

                                                                  No. 07-CV-6784 (AKH)

- against -

HALCYON VENTURES, LP,
HALCYON REAL ESTATE PARTNERS, LP
HALCYON REAL ESTATE PARTNERS MASTER FUND, LLC,

                Defendants.
----------------------------------------------------------------X

### MOTION FOR CONTINUANCE
### OF OCTOBER 26, 2007 COURT CONFERENCE

      Plaintiff Halcyon Asset Management, LLC, by and through undersigned counsel, hereby requests that the Court continue the court conference that is currently scheduled for 9:30 a.m. on Friday, October 26, 2007. Such a continuance is needed for two reasons. First, the named Defendants, Halcyon Ventures, LP, Halcyon Real Estate Partners, LP, and Halcyon Real Estate Partners Master Fund, LLC, have not been served with the Complaint and Summons and are therefore not yet parties to this action. Second, the Plaintiff and named Defendants are actively

engaged in discussions concerning a resolution of this action. Plaintiff believes that a continuance will permit the parties to reach resolution without further involvement of the Court.

The Plaintiff further proposes that the parties shall advise the Court, on or before Friday, November 9, 2007, as to whether it will be necessary to reschedule the court conference.

                            Respectfully submitted,

                            WILLIAMS & CONNOLLY LLP
                            725 Twelfth Street, N.W.
                            Washington, D.C. 20005
                            Telephone: (202) 434-5000
                            Facsimile: (202) 434-5029

                            By: /s/   Zoe C. Scharff
                            Paul B. Gaffney
                            Joseph M. Terry
                            Zoe C. Scharff (ZS 8114)
                            Neelum J. Wadhwani

                            *Attorneys for Plaintiff*

Dated: October 18, 2007

10/25/2007 THU 16:04 FAX 202 434 5029   WILLIAMS & CONNOLLY LLP   ☑ 005