UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HALCYON ASSET MANAGEMENT, LLC,

    Plaintiff,

-against-

HALCYON VENTURES, LP, HALCYON REAL ESTATE PARTNERS, LP, HALCYON REAL ESTATE PARTNERS MASTER FUND, LLC,

    Defendants.

Case No. 07 CV 6784 (AKH)

## STIPULATION OF DISMISSAL

The Parties to this matter, having resolved all claims asserted in this action, hereby stipulate, by and through their counsel, to a dismissal with prejudice of this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.

WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
(202) 434-5000

Attorneys for Plaintiffs

By: _____
    Paul B. Gaffney
    Joseph M. Terry
    Zoe C. Scharff (ZS 8114)
    Neelum J. Wadhwani

Dated: Washington, DC
    11/15, 2007

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900

Attorneys for Defendants

By: _____
    David Donahue (DD 5808)

Dated: New York, NY
    November 15, 2007

**SO ORDERED:**

_____

{F0133743.1}